**STATE of Missouri, Respondent,**

v.

**Casey Lee MOSBY, Appellant.**

**Casey Lee MOSBY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 43947, WD 45227.**

Missouri Court of Appeals,
Western District.

June 23, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of Jackson County; C. William Kramer, Judge.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of attempted forcible rape, § 566.030 and armed criminal action, § 571.015.1, RSMo 1986. Sentence of 20 years imprisonment on the rape charge and five years imprisonment on the armed criminal action was imposed with the sentences to run consecutively. Appeal from judgment denying relief under Rule